UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**GREGORY CHARLES NAREZ,**

    **Plaintiff,**

v.

**DSI INC. and CHASE USA**

    **Defendants.**      No. 13-cv-965-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulations for Dismissal executed by plaintiff and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on February 13, 2014 (Doc. 71) and the Order Dismissing Case entered on February 18, 2014 (Doc. 74), this case is **DISMISSED** with prejudice.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**

        BY:    /s/*Sara Jennings*
               **Deputy Clerk**

Dated: February 18, 2014

Digitally signed by David R. Herndon
Date: 2014.02.18 16:15:03 -06'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**